TERRY WAYNE RUMPH
#2839981
2101 FM 369 NORTH
IOWA PARK, TEXAS 76367

(AUGUST 20th. 2015)

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 28 2015
Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN. TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
RE.: WR-70,359-35
SEP 02 2015
Abel Acosta, Clerk

Dear Clerk:
You, advised me that on 6-1-15, you received my application for writ of Habeas Corpus under the above writ number. To this day, i have not heard anything on it. Please inform me whether its still pending or, dismiss... Your assistance in this matter is deeply appreciated and thankful.

Thank you,
Jerry Wayne Rumph